IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TERRIEK A. VORNES, SR.**                                                                                          **PLAINTIFF**
**ADC #112874**

**V.**                                    **NO. 3:13CV00133-JLH**

**RAY RISBY, et al.**                                                                                                **DEFENDANTS**

## ORDER

Plaintiff Terriek A. Vornes, Sr. filed this case *pro se* under 42 U.S.C. § 1983 and moved for leave to proceed *in forma pauperis*. (Docket entries #1, #2)  Because his application was incomplete, the Court denied Vornes's application for leave to proceed *in forma pauperis*, and instructed him to file a complete application within thirty days. (#4) He was warned that failing to comply with the Court's Order could result in dismissal of his lawsuit.

Vornes has not filed a complete application for leave to proceed *in forma pauperis* within the time period provided by the Court.  Therefore, his claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the June 6, 2013 Court Order.

IT IS SO ORDERED this 19th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE